■ In the Matter of WILLIAM E. KEELER, Appellant, v EVA N. CIENFUEGOS, Respondent. [724 NYS2d 385] —Order unanimously affirmed without costs for reasons stated in decision at Herkimer County Family Court, LaRaia, J. (Appeal from Order of Herkimer County Family Court, LaRaia, J.—Custody.) Present—Green, J. P., Hayes, Scudder, Burns and Lawton, JJ.